UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:13-CR-00223 |
| VERSUS | JUDGE FOOTE |
| ALVARO RENE AQUINO-FLORIAN | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Alvaro Rene Aquino-Florian, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count Two of the Indictment, consistent with the report and recommendation.

Lafayette, Louisiana, this 20th day of November, 2013.

Elizabeth E. Foote
United States District Judge